UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:11-CR-00364-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| BOBBY CLARENCE BYRD JR., | ) ) ) | |
| Defendants. | ) ) | |

UPON Notice of the Government's Withdrawal of Request for Restitution (Doc. No. 25), the Court ORDERS the Clerk of Court to close the Judgment in this criminal matter.

IT IS SO ORDERED.

Signed: July 17, 2013

Frank D. Whitney
Chief United States District Judge