# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:11cr364**

V.

**ORDER**

**BOBBY CLARENCE BYRD, JR.**

---

**THIS MATTER IS BEFORE THIS COURT** on the United States' Motion to Seal Government's Response in Opposition to Defendant's Motion for Compassionate Release (Doc. No. 42

**IT IS ORDERED**, that United States Attorney's Motion (Doc. No.43) is **GRANTED.**

Signed: October 6, 2021

Frank D. Whitney
United States District Judge